UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAVID G. FOSS and TRACY J. FOSS,

    Plaintiffs,

v.

FAY SERVICING, LLC,

    Defendant.

Case No. 1:22-cv-00298

## REPORT OF PARTIES' PLANNING MEETING

1. **Meeting**. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on February 23, 2022 by telephone and was attended by:

    Joseph S. Davidson, attorney for the Plaintiff.

    Nathan B. Grzegorek, attorney for the Defendant.

2. **Pretrial Schedule**. The parties jointly propose to the court the following discovery plan:

    Plaintiff(s) to amend pleadings by June 15, 2022.
    Plaintiff(s) to add any additional parties by June 15, 2022.
    Defendant(s) to amend pleadings by July 15, 2022.
    Defendant(s) to add any additional parties by July 15, 2022.

3. **Discovery**. Discovery will be needed on the following subjects:

    (a) Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by March 9, 2022. Fact discovery to be commenced in time to be completed by November 14, 2022.

    (b) The parties expect they will need approximately 2-3 depositions.

    (c) Reports from retained experts under Rule 26(a)(2) due:

    Neither Plaintiffs nor Defendant anticipate calling expert witnesses at this time. If either Plaintiffs or Defendants elect to use expert testimony, they will timely notify the opposing party so disclosures pursuant to Fed. R. Civ. P. 26(a)(2) can be made.

      Date for plaintiff to comply with Fed. R. Civ. P. 26(a)(2): n/a
      Date for defendant to comply with Fed. R. Civ. P. 26(a)(2): n/a
      All expert discovery to be completed by: n/a

 (d) All potentially dispositive motions should be filed by December 31, 2022.

 (e) Final pretrial order: Plaintiff to prepare proposed draft by March 31, 2023; parties to file joint final pretrial order by April 21, 2023.

 (f) The case should be ready for trial by May 19, 2023 and at this time is expected to take approximately 2-3 days.

4. **Settlement**. At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff(s) is directed to make a written settlement demand to the defendant(s). At least 7 days prior to the scheduling conference defendant(s) is to respond in writing to the plaintiff(s) settlement demand.

5. **Consent**. Parties do not consent unanimously to jurisdiction by the assigned Magistrate Judge.

DATED: February 23, 2022      Respectfully submitted,

**DAVID G. FOSS and TRACY J. FOSS**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC
105 South Roselle Road, Suite 203
Schaumburg, Illinois 60193
+1 847-985-1100
jdavidson@fightbills.com

Arthur C. Czaja
LAW OFFICE OF ARTHUR C. CZAJA
7521 North Milwaukee Avenue
Niles, Illinois 60714
+1 847-647-2106
arthur@czajalawoffices.com

**FAY SERVICING, LLC**

By: */s/ Nathan B. Grzegorek*

Jerry Lewis Switzer, Jr.
Nathan B. Grzegorek

82228463.3

POLSINELLI PC
150 North Riverside Plaza
Suite 3000
Chicago, Illinois 60606
+1 312-873-3626
+1 312-819-1900
jswitzer@polsinelli.com
ngrzegorek@polsinelli.com

82228463.3